UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERNANDEZ, JR., | 1:03-cv-05563-AWI-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 40) |
| vs. | **ORDER GRANTING MOTION TO DISMISS** (Doc. 35) |
| R. CLAY, | **ORDER DENYING PENDING MOTIONS AS MOOT (Docs. 32, 33.)** |
| Defendant. | **ORDER DISMISSING ACTION** |

Plaintiff, Armando Hernandez, Jr. ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 20, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed June 20, 2005, are ADOPTED IN FULL;

   2.   Defendant's motion to dismiss, filed October 13, 2004, based on plaintiff's failure to exhaust is GRANTED;

   3.   All pending Motions are DENIED as moot;[1]

   4.   This action is therefore DISMISSED; and,

   5.   The Clerk of Court is DIRECTED to enter JUDGMENT in accordance with this order.

IT IS SO ORDERED.

**Dated:   August 22, 2005**                        **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE

---

[1] Pending are a Motion for a Temporary Restraining Order and Motion for Court to allow more access to the law library.  (Docs. 32, 33.)

2